LAMBART, Appellant, Respondent.— Order affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JAMES F. WHITE & Co., INC., Appellant, v. JOHN H. BENNETT and Others, Individually and as Copartners, etc., Respondents, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JAMES F. WHITE & Co., INC., Respondent, v. JOHN H. BENNETT and Others, Individually and as Copartners, etc., Appellants, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ADELAIDE LEAN, Appellant, Respondent, v. CHARLES F. HARMAN, Respondent, Appellant.— Order so far as appealed from affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JULIUS C. BERNHEIM, Appellant, v. SAM SAMUELS and Another, Defendants. AMERICAN UNION BANK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and subpœna reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JULIUS C. BERNHEIM, Appellant, v. SAM SAMUELS and Another, Defendants. WILLIAM KAUFMAN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and subpœna reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUIS RIFKIN, as President of the WAITERS' AND WAITRESSES' UNION, LOCAL No. 1, Respondent, v. HYMAN A. MANDELBAUM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EMMA CRAGIN, Appellant, v. WILLIAM B. CRAGIN, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

M. COWEN Co., INC., Respondent, v. 251 WEST 37TH STREET, INC., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

TILLIE LEOPOLD, Respondent, Appellant, v. JOSEPH LEOPOLD, Appellant, Respondent.— Order modified by reducing alimony to the sum of $600 a month, payment thereof to be made on the tenth day of every month, pendente lite, and to date back to and commence with the 10th day of November, 1927; and by reducing the amount directed to be paid as counsel fee to the sum of $2,500; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Arbitration of the Claim of ALBERT D. SMITH AND COMPANY against HATHAWAY MANUFACTURING COMPANY, etc. ALBERT D. SMITH AND COMPANY, Respondent, v. HATHAWAY MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of JAMES L. RICHARDS and Others, Appel-